IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Alias) Chappell, Leon 236/11
Full name and prison number
of plaintiff(s)

v.

Judge Tracey McCoey

CIVIL ACTION NO. 2:07CV859-WKW
(To be supplied by Clerk of
U.S. District Court)

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            Montgomery, County Alabama

3. Docket number CR-2003-1732-CC-2003-1419

4. Name of judge to whom case was assigned Tracey McCoey

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) appealed

6. Approximate date of filing lawsuit 9-25-07

7. Approximate date of disposition

II. PLACE OF PRESENT CONFINEMENT Perry County Correctional Center

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Montgomery County Alabama Jail Judge Tracey McCoey

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Judge Tracey McCoey Montgomery Alabama
2. Court house
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2003-2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Double Jeopardy City Jail County Jail Montgomery Alabama

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was held on bail with Domestic Violence at County Jail after I was release from City of Montgomery with 180 Days = May 27, 2003 County held me with Same Charged Domestic Violence and burglary Criminal mischief but City police Arrest me Took

GROUND TWO: Me Jail were Do this other two Case Come in I was only in Court with assault

SUPPORTING FACTS: Montgomery County had no rights to held me with all 3 Charge after I was held in City Court with assault I had no way to poss bail because 3 more charged was held on me and I had to face a Jury with what I heard Judge Tracey McCooy Tell Court it was

GROUND THREE: Double Jeopardy She Can't Trail Wilbur Leon Smith in her Court room Jury

SUPPORTING FACTS: found me not guilty but why D/A Let this case go on in Court once they no it was Double Jeopardy I ax why my rights was violation. because I had no pay Lawyer I was sentence and release from City of Montgomery Judge Knight replacement Judge Massey Thanks.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

County of Montgomery Alabama violated my rights. held me with 3 charges when one charge I was held at City of Montgomery as a misdemeanor I had no rights to face a Jury in Tracy McCoy Court room.

Wilbur Leon Smith
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9-25-07
(Date)

(Alias) Leon Chappell
Signature of plaintiff(s)

4

Chappell, Leon #236111   Docket # 03CRA000207IN
Rt. 2 Box 176 Hwy 80
Union Town, Alabama 36786
Alpha 3 Bed # 53

✗ have no
(Attorney)

U.S. Dist Court
M.D. Alabama
c/o DEBRA P. Hackett
Clerk of Courts
P.O. Box 711
Montgomery, Alabama
36101-0711

Legal Mail



# CASE ACTION SUMMARY
## MONTGOMERY MUNICIPAL COURT

City of Montgomery vs
**WILBUR LEON SMITH** (SSN: 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)

Street Address: 4811 WINDYWOOD CT  APTB
City, State, ZIP: MONTGOMERY  AL 36108

| | |
|---|---|
| 12/30/2002 | Docket No. 2002CRA009313A |
| Date of Birth 04/18/1969 | |
| Sex M | Race B |

Offense: 06L(03)  DOMESTIC VIOLENCE 3RD (HARASSMENT)

**DOMESTIC VIOLENCE**

Date of Arrest: 12/28/2002
Officer: TONYA HALE
Bondsman:

First Appearance: 12/30/2002
Type of Plea: NG
Findings: G
Bond Amount: 0.00
Date of Disposition: MAY 27 2003

UPON HEARING THE EVIDENCE IN THIS CASE, THE DEFENDANT IS ADJUDGED GUILTY AND IS ORDERED TO:

1. SERVE **180** DAYS IN JAIL, SUSPEND **120** DAYS    cc
2. SERVE ___ DAYS IN JAIL, SUSPEND ___ DAYS AND PAY FINE OF $___ DOLLARS, PLUS COURT COST $___
3. PAY FINE OF $___ DOLLARS, PLUS COURT COST $ 191.00
4. OTHER: April 17

SO ORDERED

JUDGE, CITY OF MONTGOMERY

DEFENSE COUNSEL: T. Nick

*[Stamp: MAY 2003 PROBATION]*

**SEE SUMMARY ACTION SHEET FOR ADDITIONAL ORDERS**

Date | Actions, Judgements, Case notes

DEC 30 2002: △ reports No prior DV case. CG plea, $350.00 fine + EVEN unsuccessful

MAY 13 2003: D in Ct today. Given 7-28-03 TD, new EVEN sheet. Rev August 12 1PM. No Excuses. Complete 9 of 18 classes. Pay 191.00 by 8/12

MAY 27 2003: D back in court for repeat DV. No further EVEN requirement. D to have no further contact with victim. TP AUG 28

P 6/02

# CASE ACTION SUMMARY
## MONTGOMERY MUNICIPAL COURT

(2).

City of Montgomery vs
WILBUR LEON SMITH (SSN: 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)   arreste 4-18-03   04/21/2003   Docket No. 2003CRA002841A

Street Address: 19 JACK ST
Date of Birth: 04/18/1969

City, State, ZIP: MONTGOMERY AL 36116
Sex: M   Race: B

Offense: 06L(03) DOMESTIC VIOLENCE 3RD (HARASSMENT)

**DOMESTIC VIOLENCE**

Date of Arrest: 04/11/2003
Officer: TONYA HALE

Bondsman:
Bond Amount: 0.00

First Appearance: 04/21/2003
Type of Plea: G
Findings: G
Date of Disposition: 4-21-03

UPON HEARING THE EVIDENCE IN THIS CASE, THE DEFENDANT IS ADJUDGED GUILTY AND IS ORDERED TO:

SO ORDERED

1. SERVE **30** DAYS IN JAIL, SUSPEND **28** DAYS
2. SERVE _____ DAYS IN JAIL, SUSPEND _____ DAYS AND PAY FINE OF $_____ DOLLARS, PLUS COURT COST $_____
3. PAY FINE OF $_____ DOLLARS, PLUS COURT COST $ 191
4. OTHER: Credit for time served.

JUDGE, CITY OF MONTGOMERY
DEFENSE COUNSEL

SENTENCE IS SUSPENDED ON CONDITION THAT DEFENDANT COMPLETE THE E.V.E.N. PROGRAM AND PAY THE FINES AND COURT COSTS ON OR BEFORE THE REVIEW DATE
REVIEW DATE IS:

| Date | Actions, Judgements, Case notes |
|---|---|
| 4-21-03 | Set for EVEN review 120 days. Give consideration to commuted to day delay in attending EVEN. |
| | SENTENCE SERVED |
| 8-26-03 | Review + TP. Deft was not signed up for pgm before being released. |
| 11-4-03 | A has been incarcerated since being ordered to EVEN. Set next review in June 04. Give fresh start for EVEN. |
| 6-29-04 | |

SEE SUMMARY ACTION SHEET FOR ADDITIONAL ORDERS

COLLECTIONS NOV 2003

SEBP 6/02

(3)

## CASE ACTION SUMMARY
## MONTGOMERY MUNICIPAL COURT

| City of Montgomery vs | | |
|---|---|---|
| WILBUR LEON SMITH (SSN: 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) | 05/27/2003 | Docket No. |
| **Street Address** | **Date of Birth** | 2003CRA003873A |
| 3829 WOODBURY DR | 04/18/1969 | |
| **City, State, ZIP** | **Sex** M | **Race** B |
| MONTGOMERY AL 36116 | | |

**DOMESTIC VIOLENCE**

**Offense**
06L(01)    DOMESTIC VIOLENCE 3RD (ASSAULT 3RD)

| Date of Arrest | Officer |
|---|---|
| 05/25/2003 | PHOUKHAM SICHANTHAVONG    278 |

**Bondsman**                                                      **Bond Amount**  0.00

| First Appearance | Type of Plea | Findings | Date of Disposition |
|---|---|---|---|
| 05/27/2003 | G | G | MAY 27 2003 |

UPON HEARING THE EVIDENCE IN THIS CASE, THE DEFENDANT IS ADJUDGED GUILTY AND IS ORDERED TO:

SO ORDERED

1. SERVE _180_ DAYS IN JAIL, SUSPEND _120_ DAYS cc
2. SERVE _____ DAYS IN JAIL, SUSPEND _____ DAYS AND PAY FINE OF $_____ DOLLARS, PLUS COURT COST $_____
3. PAY FINE OF $ _500.00_ DOLLARS, PLUS COURT COST $ _19.00_
4. OTHER _____

[Signature] W. _____
JUDGE, CITY OF MONTGOMERY

DEFENSE COUNSEL
[Signature] Terry Lucl/L

[Stamp: MAY 2003 PROBATION]

| Date | Actions, Judgements, Case notes |
|---|---|
| MAY 27 2003 | SAP |
| MAY 27 2003 | TPO |

EBP 12/02

(4)

## IN THE MUNICIPAL COURT OF MONTGOMERY
## MONTGOMERY COUNTY, ALABAMA

The State of Alabama                              Docket# 03CRA002841A

vs.

Wilbur Leon Smith                                 Offense: **Domestic Violence**

### MODIFICATION OF SENTENCE

Whereas, on the 14th day of November, 2003, the defendant was before the Court and entered a plea of guilty or was found guilty of Domestic Violence and the court by proper order sentenced the defendant to serve a sentence of 4 months probation, $30 monthly probation supervision fee, and $88 monthly Fine payment.

Now therefore, it is ordered that the probated sentence be modified in the following particulars; that the defendant's probated sentence be extended an additional twelve months (February 14, 2005), all other conditions to remain in effect.

So ordered this 10th day of February, 2005.

_____
Judge
City of Montgomery Municipal Court

(misdemeanor)

Wilbur Leon Smith — 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

# DEPOSITION

Warrant Number: 20034-2650
Case Number:

____ COURT OF MONTGOMERY, ALABAMA
(nal)   (Name of Municipality or County)

[X] MUNICIPALITY OF MONTGOMERY

_____, Defendant

## TE THE FOLLOWING INFORMATION ON THE ACCUSED

Telephone Number: (334) 279-5183

s License Number: ____
Date of Birth: 04-18-1969
Age: 34
Race: B
Sex: M
Eyes: Bro
Complexion: Drk
City: Montgomery
State: AL
Zip: 36116

Employer's Telephone Number:
City: ____   State: ____   Zip: ____

## TE THE FOLLOWING INFORMATION ON THE OFFENSE

(Assault 3rd)
0145 hrs.
r. Montgomery, AL 36116
nya Sanders

[ ] No    Type: Wooden table leg.

n to the head, swollen lips, bruise on the arm, stab wound/stomach
and time, this unit #308 (P. Sichanthavong) responded to
e to a Domestic Violence call. Upon arrival inside the
onya Sanders who was the victim had received a laceration to her
Victim stated that her boyfriend who was a repeated offender
ed her with a wooden table leg and fist for no reasons while
victim received laceration to the left temple, swollen mouth.

I wilbur Leon Smith 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 A236111 have been working on this appeal from 2003~ all my Legal paper have been Turn Down it's something need to be Done about this please. please.

I no you may Say it Too Late but I Try I Try nobody help me with this matter of Double Jeopardy with City and County case I understand I was not sentence under the assault with County but I ask why held me so I didn't poss bail thats what I ask of Double-Jeopardy you can't held me Twice city and County same charged with in 24 hours why did Tracey mccoey switch my name I Dont no I am a Alias now.

RECEIVED
2007 SEP 26 A 10:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

My name is
wilbur Leon Smith
RE- CR-2003-1932-CC-2003-1419

mail to Inmate
A236111 Chappell, Leon
Rt. 2 Box 196 Hwy 80
uniontown Alabama 36786
Apha 3 Bed # 53

~9-25-07~

please help me back to court.