I Wilbur Leon Smith # Docket 03CRA0028211A — City CC03-1419 County ASK for motion back To court why Circuit court of montsomery Alabama jury acquitted my case on assault after The municipal court of montgomery convicted me an assault charge. I do not understand why I was held on bond at county Jail for assault and it's slow's on file that I was convicted and sentenced at the City Jail and released I ask for motion back to court on this because it's Double Jeopardy, because I had no right to be Trial under A Jury for A "misdemeanor" for then to sentence me for assault charge that's were Double Jeopardy come in. So you are Telling me that A man can be charged for the same thing and at the same time with City and County and it not Double Jeopardy I can't believe this. It may take me 25yrs, but I will pay an attorney to reopen my case on the assault charge which is Double Jeopardy. Yes I understand that I have been sentenced for burglary and criminal mischief but I don't understand why I was held with all 3 charge's, now this is Double Jeopardy I feel State violate my Rights and I can't believe Alabama held me at The city under misdemeanor and after my release county Jail held me with the same charges. Thanks for your Time. Innate Leon Chappell AIS Alias # 236111

mail back to
mr. Leon Chappell 236111
Rt.2 Box 176 Hwy 80
Uniontown Alabama 36786
Alpha 3 Bed # 53

Mr. Leon Chappell
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
SS#
D.O.B 4/18/69

RECEIVED
2007 OCT -3 A 10:21
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

10/01/2007

10-1-07

# Perry County Correctional Center
## Resident Activity Statement

Resident Name: CHAPPELL, LEON
Housing Location: Perry,Alpha,3,,,53

Resident ID: A236111

Date Range: 07/01/2007 Through 10/02/2007

Beginning Personal Balance: $0.00    Ending Personal Balance: $150.07
Beginning Debt Balance: $0.00    Ending Debt Balance: $0.00

| Date | Task No. | Amount | Type | Comment | Personal Acct Balance | Debt Balance |
|---|---|---|---|---|---|---|
| 07/31/2007 | 3895 | $0.00 | Intake | Automated Intake | $0.00 | $0.00 |
| 07/31/2007 | 3896 | $0.00 | Change Housing | Intake Housing Assignment | $0.00 | $0.00 |
| 07/31/2007 | 20611 | $206.15 | Direct ROA | Automated Beg Bal Deposit | $206.15 | $0.00 |
| 07/31/2007 | 44381 | $0.00 | Agency Billing Start | Lcs Import Agencies - Start | $206.15 | $0.00 |
| 08/06/2007 | 52016 | $0.00 | Agency Billing End | | $206.15 | $0.00 |
| 08/07/2007 | 53431 | ($206.15) | Transfer Institution - From | | $0.00 | $0.00 |
| 08/07/2007 | 53431 | $206.15 | Transfer Institution - To | | $206.15 | $0.00 |
| 08/09/2007 | 57457 | $40.00 | Resident Deposit | E BURTON | $246.15 | $0.00 |
| 08/09/2007 | 57617 | $0.00 | Release | | $246.15 | $0.00 |
| 08/09/2007 | 58053 | $0.00 | Intake | | $246.15 | $0.00 |
| 08/09/2007 | 58054 | $0.00 | Change Housing | Intake Housing Assignment | $246.15 | $0.00 |
| 08/09/2007 | 58055 | $0.00 | Agency Billing Start | Intake Agency Start | $246.15 | $0.00 |
| 08/14/2007 | 62489 | $0.00 | Change Housing | | $246.15 | $0.00 |
| 08/21/2007 | 70353 | ($9.28) | Sale | | $236.87 | $0.00 |
| 08/28/2007 | 79735 | ($34.73) | Sale | | $202.14 | $0.00 |
| 09/05/2007 | 88249 | ($12.21) | Sale | | $189.93 | $0.00 |
| 09/11/2007 | 95412 | ($10.69) | Sale | | $179.24 | $0.00 |
| 09/18/2007 | 104272 | ($15.09) | Sale | | $164.15 | $0.00 |
| 09/25/2007 | 113371 | ($14.08) | Sale | | $150.07 | $0.00 |

Page: 1/1    A236111    CHAPPELL, LEON    Perry    10/01/2007

MONTGOMERY AL 361
02 OCT 2007 PM 4 T

Legal mail

William Leon Radskill - pro se (Wilbur Leonsmith)
Atid Box 196 Hwy 80
Uniontown, Alabama 36786
Alpha 3 Bed #53

TO: M.D. Dist Court AL
Clerk DEBRa P. Hackett
P.O. Box 711
Montgomery, Alabama 36101-0711