IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILBUR LEON SMITH, #236111, | ) | |
| a.k.a, LEON CHAPPELL, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-859-WKW |
| | ) | |
| JUDGE TRACEY McCOEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion back to court filed by the plaintiff on October 3, 2007 (Court Doc. No. 4), in which the plaintiff seeks explanation of actions undertaken by a state court, and as this court deems it inappropriate to address such request, it is

ORDERED that this motion be and is hereby DENIED.

Done this 3rd day of October, 2007.


_____/s/ Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE