IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILBUR LEON SMITH, #236111, )<br>a.k.a., LEON CHAPPELL, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>JUDGE TRACEY McCOEY )<br> )<br>    Defendant. ) | CASE NO. 2:07-CV-859-WKW<br>(WO) |

## **ORDER**

On October 10, 2007, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case. The plaintiff did not file an objection. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 6) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. §§ 1915(e)(2)(B)(i)-(iii).

An appropriate judgment will be entered.

DONE this 1st day of November, 2007.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE