IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILBUR LEON SMITH, #236111, )<br>a.k.a., LEON CHAPPELL, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>JUDGE TRACEY McCOEY )<br>  )<br>Defendant. ) | CASE NO. 2:07-CV-859-WKW<br>(WO) |

**<u>ORDER</u>**

On October 10, 2007, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case. The plaintiff did not file an objection. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 6) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. §§ 1915(e)(2)(B)(i)-(iii).

An appropriate judgment will be entered.

DONE this 1st day of November, 2007.

          /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE