**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

"11-12-07="
2:07cv859

Dear ms. Debra p. hachett
I am inmate wilbur Leon Smith AKA Leon Chappell AIS 236111 I wrote you A some time back from perry county about Double Jeopardy in Tracy mccoey courtroom my Letter to up Date you I have been Transfer to another camp So if you need to write me about any Legal mail Due of I coming to court my new address below

To, Chappell, Leon AIS 236111
VenTress Correctional Facility
p.o. Box 767
Clayton, Alabama 36016

God Bless you with A merry Christmas and happy new years "2008="

NAME Lnyicry Leon   AIS # 236111   DORM # F1 B13
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

Mail This

Legal mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

To: U.S Dist Court MD, AL
Ms. Debra P. Hackett
Clerk of Courts
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711-11 B007